## IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT EARL WRIGHT,
                          Appellant,
vs.
THE STATE OF NEVADA,
                          Respondent.

No. 73345

**FILED**

SEP 2 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
   DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a postconviction petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant has filed a motion for a voluntary dismissal of this appeal. Cause appearing, the motion is granted. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Douglas W. Herndon, District Judge
        Robert Earl Wright
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-32142